
RECEIVED
2/3/09
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| FRANCISCO LOPEZ | : | DOCKET NO. 2:08-cv-1951 |
|---|---|---|
| VERSUS | : | JUDGE MINALDI |
| BRETT GRAYSON, ET AL. | : | MAGISTRATE JUDGE KAY |

### Report and Recommendation

Before the court is plaintiff's Voluntary Motion to Dismiss [doc. 5] the above captioned action. Pursuant to Fed. R. Civ. P. 41, it is recommended that plaintiff's motion be granted and that this matter be DISMISSED WITHOUT PREJUDICE. Accordingly, plaintiff's Motion to Appoint Counsel [doc. 4] is MOOT.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on February 3, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE

1