U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 1 0 2009

ROBERT P. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FRANCISCO LOPEZ** | : | DOCKET NO. 2:08-cv-1951<br>SEC. P |
| VS. | : | JUDGE MINALDI |
| **BRETT GRAYSON, ET AL.** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that plaintiff's Motion to Dismiss the above captioned action [Doc. 5] be granted and his application for Writ of *Habeas Corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___8___ day of ___March___, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE